

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

\* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| IN RE | ) | Case No. 09-23042 JAB |
| | ) | Chapter 7 |
| ENRIQUE GUTIERREZ | ) | |
| | ) | |
| | ) | NOTICE OF PAYMENT OF |
| Debtor (s) | ) | FUNDS INTO THE REGISTRY |
| | ) | |
| | ) | |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On December 11, 2009, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained one claim which was under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437223540.



4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

| | |
|---|---|
| Claim No.: | 4 |
| Claimant: | American Express Bank FSB |
| | c/o Becket and Lee LLP |
| | PO Box 3001 |
| | Malvern, PA 19355-0701 |
| Claim Amount: | $108.13 |
| Distribution: | $3.09 |

5. A check in the amount of $3.09 representing the foregoing claim has been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and is enclosed herein.

DATED: 12-15-09

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD &

FUGAL and in that capacity I served, or caused to be served, a true and correct copy of

the Notice of Payment of Funds into the Registry on the following, by depositing the

same in the U.S. Mail, postage prepaid, on the 17th day of December, 2009:


AMERICAN EXPRESS BANK FSB
c/o BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

*Melanie Valderrama*